# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY HENDERSON | * | CIVIL ACTION |
| Versus | * | No. 2:16-cv-17316-MLCF-DEK |
| | * | SECTION "F" (3) |
| ENTERPRISE MARINE SERVICES, LLC AND KIRBY INLAND MARINE, LP | * | Judge: Martin L.C. Feldman |
| | * | Mag. Judge: Daniel E. Knowles, III |

## ORDER

Having considered the "Joint Motion to Dismiss Defendants' Cross-Claims" filed by Kirby Inland Marine, LP ("Kirby") and Enterprise Marine Services, LLC ("Enterprise");

It is hereby **ORDERED** that the Motion is **GRANTED**. Kirby's Cross-Claim against Enterprise (R. Doc. 20) and Enterprise's Cross-Claim against Kirby (R. Doc. 18) are both hereby dismissed with prejudice. Each party to bear their own costs.

New Orleans, Louisiana, this 20th day of February, 2018.

_____
District Judge Martin L.C. Feldman